**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Leticia Cisneros DOMINGUEZ, Defendant–Appellant.**

No. 07–36032.

United States Court of Appeals, Ninth Circuit.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Submitted June 16, 2009.*

Filed July 1, 2009.

Katherine Jill Bolton, Esq., USSP—Office of the U.S. Attorney, Spokane, WA, Helen J. Brunner, Esq., USSE—Office of the U.S. Attorney, Seattle, WA, for Plaintiff-Appellee.

Nicholas W. Marchi, Esq., Carney & Marchi, PS, Kennewick, WA, for Defendant-Appellant.

Before: PAEZ, TALLMAN, and N.R. SMITH, Circuit Judges.

MEMORANDUM **

Federal prisoner Leticia Cisneros Dominguez appeals from the district court's judgment denying her 28 U.S.C. § 2255 motion. We have jurisdiction pursuant to 28 U.S.C. § 2253, and we affirm.

Dominguez contends that she received ineffective assistance of counsel when her trial attorney failed to introduce testimony from witnesses, or otherwise rebut an informant's testimony that she was a drug runner who had transported drugs to Chicago. We conclude that the district court properly found that Dominguez failed to show that counsel's performance was deficient or resulted in prejudice. *See Strick-*

*land v. Washington,* 466 U.S. 668, 687–88, 104 S.Ct. 2052, 80 L.Ed.2d 674 (1984).

**AFFIRMED.**

---

\* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

